# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

BRANDI BROWN

NO. 2026 KW 0325

**MAY 18, 2026**

---

In Re:     Brandi Brown, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, No. 10,190.

---

BEFORE:     McCLENDON, C.J., GREENE AND STROMBERG, JJ.

**WRIT DENIED.** The application for postconviction relief is untimely on its face, and relator failed to meet his burden of proving an exception to the time limitation. See La. Code Crim. P. art. 930.8(A). A successive application shall be dismissed if it fails to raise a new or different claim. See La. Code Crim. P. art. 930.4(D). Accordingly, the district court did not abuse its discretion by denying the application for postconviction relief.

**PMc**
**HG**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT